NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN A. KEENE,                      )
                                     )
            Appellant,               )
                                     )
v.                                   )     Case No. 2D18-2469
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)


Opinion filed March 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SMITH, JJ., Concur.